AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Curtis T. Fowler,
*Plaintiff*
v.                                       )   Civil Action No.     1:19-cv-02335-DCN
                                         )
                                         )
Nurse Troll *in his/her individual capacity*,   )
                                         )

*Defendant*

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, Curtis T. Fowler, shall take nothing of the defendants, Warden Lewis *in his/her individual capacity*, Associate Warden Early *in his/her individual capacity*, Associate Warden Duffy *in his/her individual capacity*, Major Bennett *in his/her individual capacity*, Captain Harouff *in his/her individual capacity*, Head Nurse Burgess *in his/her individual capacity*, Nurse Enloe *in his/her individual capacity* and Lim *Food Service Supervisor in his/her individual capacity*, and this action is dismissed without prejudice as to those defendants.

■ The plaintiff, Curtis T. Fowler, shall take nothing of the defendant, Nurse James *in his/her individual capacity*, and this action is dismissed with prejudice as to that defendant.

■ The plaintiff, Curtis T. Fowler, shall take nothing of the defendant, Nurse Troll *in his/her individual capacity*, and this action is dismissed with prejudice as to that defendant.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C Norton, United States District Judge, presiding, affirming the Reports and Recommendations of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date:   December 10, 2020                           *ROBIN L. BLUME, CLERK OF COURT*

                                                    s/L. Baker
                                                    _____
                                                    *Signature of Clerk or Deputy Clerk*